UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES VERDEL FARNSWORTH ,

        Plaintiff,

    v.

SANDRA CARTER, *et al.*,

        Defendants.

Case No. C05-5139FDB

ORDER ADOPTING
REPORT AND
RECOMMENDATION

      The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)      The Court adopts the Report and Recommendation;

    (2)      The motion for injunctive relief is **DENIED.**  Plaintiff has not shown he will suffer irreparable injury if he cannot watch television.

    (3)      The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon J. Kelley Arnold.

DATED this 13th day of May 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1